### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI

AMERICAN BANKERS INSURANCE )
COMPANY OF FLORIDA, )
                                                )
        Plaintiff, )         Case No: 4:25-cv-01403-ZMB
                                                  )
v. )
                                                  )
JAMIE HERMAN AND JEFFREY HERMAN, )
                                                  )
        Defendants. )

## <u>STIPULATION FOR DISMISSAL</u>

Plaintiff American Bankers Insurance Company of Florida's action before this Court against Defendants Jamie Herman and Jeffrey Herman sought a declaratory judgment concerning the rights, obligations, and liabilities of the parties under a certain policy of insurance issued by American Bankers to Jamie Herman with respect to the action styled *Jeffrey Herman v. Jamie Herman*, Case No. 25SL-CC07876, that was pending in the Circuit Court of St. Louis County, Missouri (the "Underlying Action"). Jeffrey Herman has subsequently dismissed the Underlying Action without prejudice. A true and correct copy of the dismissal is attached hereto and marked Exhibit A. In light of the dismissal of the Underlying Action, American Bankers, Jamie Herman, and Jeffrey Herman hereby stipulate to a dismissal of this action before this Court without prejudice and with each party bearing their own costs in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

REICHARDT NOCE & YOUNG LLC

By:    */s/ Michael L. Young*
MICHAEL L. YOUNG     #52058MO
mly@rnylaw.com
13205 Manchester Road
Suite 420
St. Louis, MO  63131
314/789-1199
314/754-9795 – Facsimile

Attorney for Plaintiff

GROWE EISEN KARLEN EILERTS

By:    */s/ Matthew T. Nagel* (with consent)
MATTHEW T. NAGEL    #59542MO
mnagel@groweeisen.com
120 South Central Avenue
Suite 150
St. Louis, MO 63105
314/725-1912
314/261-7326 – Facsimile

Attorney for Defendant Jeffrey Herman

Jaime Herman, Defendant

2