Electronically Filed - ST LOUIS COUNTY - July 16, 2026 - 01:30 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | |
|---|---|
| JEFFREY HERMAN, | ( |
| | ( |
| Plaintiff, | ( |
| | ( Case No: 25SL-CC07876 |
| v. | ( |
| | ( |
| JAMIE HERMAN, | ( |
| | ( |
| Defendant. | ( |

## DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Jeffrey Herman ("Plaintiff"), by and through undersigned counsel, and hereby dismisses the above-styled matter without prejudice, preserving the ability to refile such claims pursuant to the relevant statutes.  Each party to bear its own costs.

Respectfully Submitted,

Matthew T. Nagel, #59542
GROWE EISEN KARLEN EILERTS
120 South Central Ave. #150
St. Lous, Missouri 63105
T: (314) 725-1912
F: (314) 261-7326
MNagel@GroweEisen.com

1

Electronically Filed - ST LOUIS COUNTY - July 16, 2026 - 01:30 PM

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above pleading was served upon all parties of records via the Court's electronic filing system on this 16th day of July 2026, and that a true and accurate copy of the foregoing was sent via electronic mail to the following:

Michael Young
REICHARDY NOCE & YOUNG LLC
mly@rnylaw.com
Attorney for Intervenor American Bankers Insurance Company of Florida